**Order entered March 6, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01500-CV

### IN RE HEIDI AMOS, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA10-68776-F**

## ORDER

The State's Motion for Extension to File Out-of-Time, Contemporaneously-Tendered Response is **GRANTED**. The State's Response to Application for Writ of Mandamus/Prohibition Pursuant to Order of the Fifth Court of Appeals is deemed timely filed.

/s/     KERRY P. FITZGERALD
           JUSTICE